

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RICKY JOE USREY, | CV 12-00092-H-DLC |
| Plaintiff, | |
| vs. | ORDER |
| DENISE DEYOTT, and MIKE FERRITER, | |
| Defendants. | |

Pursuant to the parties' Joint Motion to Dismiss with Prejudice (Doc. 85),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 10th day of October, 2014.

Dana L. Christensen, Chief Judge
United States District Court